RECEIVED
AUG 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NICHOLAS RODOLEWICZ, :
Plaintiff, :
v. : C. A. No. 04-546 T
LOWE'S HOME CENTERS, INC., ET AL., :
Defendants. :

**VOLUNTARY STIPULATION OF DISMISSAL**

Plaintiff Nicholas Rodolewicz and Defendants, by their undersigned counsel, hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1).

By: Kenneth D. Haupt

Kenneth D. Haupt, Esquire #5737
Law Office of Stephen J. Dennis
127 Dorrance Street, Suite 7A
Providence, RI 02903
(401) 453-1355

Attorney for Plaintiff

Dated: August 19, 2005

By: Jaime J. LaPorte

Robert P. Brooks, Esquire
Jaime J. LaPorte, Esquire
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200

James N. Boudreau, Esquire
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19147
(267) 402-3029

Attorneys for Defendants

Dated: August 22, 2005

Dated: August 25, 2005

SO ORDERED: Ernest C. Torres

The Hon. Ernest C. Torres (U.S.D.J.)